## Case No. 14,637.

### UNITED STATES v. BRANT et al.

[Pet. C. C. 14.] [1]

Circuit Court, D. New Jersey. April Term, 1806.

OFFENCE AGAINST CUSTOMS LAWS — UNLADING VESSEL BEFORE ARRIVAL AT PORT OF DISCHARGE.

An information against the defendants, for assisting to unlade rum from a vessel before her arrival at her port of discharge, stating the offence to be contrary to the 50th section of the act of congress, passed 2d March, 1799 [1 Stat. 665], dismissed, because that section does not prohibit the offence, the same being contrary to the 27th section of the act, and which was not recited in the proceedings.

[Cited in Walsh v. U. S., Case No. 17,116; U. S. v. Twenty Cases of Matches, Id. 16,559.]

[Appeal from the district court of the United States for the district of New Jersey.]

This was an information filed in the district court, against the defendants, for assisting to unlade rum from the ship Hunter before her arrival at her port of discharge, contrary to the provisions of the 50th section of the act of congress passed 2d March, 1799 (3 Laws 183 [1 Stat. 665]). The decree of the district court was against the defendants, and an appeal was entered to this court.

BY THE COURT. The case stated in the libel and proceedings comes within the provisions of the 27th section of the act of congress, which imposes no fine on the persons who assisted in the unlawful unlading. A fine is imposed by the 50th section, but this section applies only to a vessel, after her arrival in port. The sentence of the district court reversed.

---

[1] [Reported by Richard Peters, Jr., Esq.]